STATE BOARD OF TAX APPEALS.

PASSAIC TRANSIT CONCRETE COMPANY, PETITIONER, v.
J. H. THAYER MARTIN, STATE TAX COMMISSIONER,
RESPONDENT.

Decided April 29, 1941.

For the petitioner, *Walter H. Gardner.*

For the respondent, *David T. Wilentz,* Attorney-General
(by *John Solan*).

QUINN, President. Petitioner was duly assessed for cor-
poration franchise taxes for the year 1940 by respondent.
It seeks exemption from the tax under the provisions of *R. S.*
54:13-7, as a manufacturing company, more than 50% of
whose capital stock issued and outstanding is invested in
manufacturing in this state. The proof is to the effect that
its entire capital is invested in a plant at which it mixes
cement, stone, gravel, sand and water to produce concrete.
The product is delivered, freshly prepared, in its plastic state,
to the place of consumption. We think it is beyond doubt
that this activity is manufacture, and that petitioner is a
manufacturing company. *Commissioner* v. *McGrady-Rogers
Co.* (1934), 316 *Pa.* 155; 174 *Atl. Rep.* 395.

The assessment is improper and will be ordered set aside.
Judgment accordingly.